UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WESLEY SINCLAIR RICKS** | **CIVIL ACTION NO. 22-5247** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, together with the Objection [Doc. No. 12] filed by Plaintiff Wesley Sinclair Ricks, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this proceeding is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's remaining motions, [Doc. Nos. 5, 7, 9, 10, and 12], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 28th day of October 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE